# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A., <br><br>     Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES et al., <br><br>     Defendant. | Case No. 2:21-cv-09757-SB-PD <br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendant County of Los Angeles's motion for summary judgment entered this day, it is

    ORDERED AND ADJUDGED that Plaintiff T.A., by and through her guardian ad litem, Liana Harmandjian, shall take nothing on her claim against Defendant County of Los Angeles, and her claim against the County is DISMISSED on the merits with prejudice.   It is further

    ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Adrienne Zachery are DISMISSED without prejudice for lack of prosecution.

    This is a final judgment.

Date: February 2, 2023

                                                            Stanley Blumenfeld, Jr.
                                                    United States District Judge